Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Defendants Bernard McPheely,
Karl Leaverton, Gerald McGuire and Lewis Smoak*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODURUS STROUS, DERIVATIVELY ON BEHALF OF SCIO DIAMOND TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD MCPHEELY, KARL LEAVERTON, GERALD MCGUIRE, LEWIS SMOAK, ADAMAS ONE CORP. and JOHN G. GRDINA, <br><br> Defendants, <br><br> and <br><br> SCIO DIAMOND TECHNOLOGY CORP., <br><br> Nominal Defendant. | Case No. 22-cv-00256-JCM-EJY <br><br><br> **STIPULATION FOR LEAVE TO AMEND COMPLAINT AND EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire, Lewis Smoak, Adamas One Corp., and John Grdina and Plaintiff Theodurus Strous, by and through their respective counsel, through their undersigned counsel, stipulate to the filing of Plaintiff's Second Amended Complaint under Fed. R. Civ. P. 15(a)(2) and further hereby request under

Fed. R. Civ. P. 6(b)(1)(A), that the Court set the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint. The following is a summary of events to date:

On February 10, 2022, Plaintiff filed the Complaint against Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire, and Lewis Smoak.

On September 30, 2022, Plaintiff Theodurus Strous filed the Amended Complaint against Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire, and Lewis Smoak, and added two additional Defendants: Adamas One Corporation and John G. Grdina.

On October 6, 2022, Plaintiff Theodurus Strous served the Summons and Amended Complaint on Adamas One Corporation.

On October 25, 2022, Plaintiff Theodurus Strous served the Amended Complaint on Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire, and Lewis Smoak.

With approval from Plaintiff, no defendant has filed an answer or otherwise responded to Plaintiff's Amended Complaint, the presently operative pleading.

On November 15, 2022 the Court granted Defendants' Stipulation to Extend Defendants' time to Respond to Plaintiff's Amended Complaint.

Plaintiff subsequently learned facts that are contrary to the Amended Complaint that Plaintiff needs to modify and revise.

Plaintiff and Defendants have agreed to give Plaintiff until **January 20, 2023** to file a Second Amended Complaint.

Plaintiff and Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire, Lewis Smoak, Adamas One Corp., and John Grdina have agreed to extend the time for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint as follows:

   a. Defendants shall file an answer or otherwise respond to Plaintiff's Amended Complaint by **Thursday, February 17, 2023**.

   b. Plaintiff shall file its opposition to any motion(s) to dismiss filed by Defendants by **Thursday, April 6, 2023**.

      c. Defendants shall file any replies in support of motion(s) to dismiss by **Thursday, May 11, 2023**.

Good cause exists for the proposed extension, as set forth below:

1. Plaintiff has agreed, as a professional courtesy, to allow Defendants' counsel additional time to review the case with Defendants, investigate the allegations, and prepare a response to the Second Amended Complaint.

2. Defendants' counsel for Adamas One Corp., and John Grdina was just retained and needs time to investigate the allegations.

3. The claims in the Second Amended Complaint are complex and require time to conduct a thorough investigation into the facts and the law in order to prepare an initial pleading. And Plaintiff will have to respond to two separate motions to dismiss.

4. The Parties do not believe that this extension, if granted, will unreasonably delay this case and that the extension will serve to preserve the court's and the parties' resources and advance judicial economy under the circumstances present in this litigation.

5. Neither Plaintiff nor Defendants will be prejudiced by the stipulation.

**Therefore**, the Parties jointly request that the Court extend Defendants' period of time to answer or otherwise respond to Plaintiff's Second Amended Complaint as follows:

1. The time within which Defendants may answer, move, or otherwise respond to the forthcoming Second Amended Complaint is hereby extended through and including **Thursday, February 17, 2023**.

2. Plaintiff shall file its opposition to any motion(s) to dismiss filed by Defendants by **Thursday, April 6, 2023**.

3. Defendants shall file any replies in support of motion(s) to dismiss by **Thursday, May 11, 2023**.

4. All rights are reserved with regards to any further requests for extensions of deadlines. This schedule can be modified

by further written agreement of the parties or order of the court.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated this 6th day of January, 2023.

| **SPENCER FANE LLP** | **MUCKLEROY LUNT, LLC** |
|---|---|
| /s/ Mary Bacon<br>Mary E. Bacon (NV Bar No. 12686)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br><br>and<br><br>**BEST & FLANAGAN LLP**<br><br>Amy S. Conners<br>John A. Sullivan<br>Brian Linnerooth<br>60 South Sixth Street, Suite 2700<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 339-7121<br>Facsimile: (612) 339-5897<br><br>*Attorneys for Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire and Lewis Smoak*<br><br>**CLARK HILL PLLC**<br><br>**/s/** Ryan J. Lorenz<br>Ryan J. Lorenz (NV Bar No. 8165)<br>Nicholas M. Wieczorek (NV Bar No. 6170)<br>3800 Howard Hughes Pkwy. Ste. 500<br>Las Vegas, NV 89169<br>Telephone: (702) 862-8300<br>Facsimile:  (702) 862-8400<br>*Attorneys for Defendants Adamas One Corp., and John Grdina* | /s/ Martin A. Muckleroy<br>Martin A. Muckleroy (NV Bar No. 9634)<br>6077 S. Fort Apache Rd., Ste. 140<br>Las Vegas, NV 89148<br>Telephone: 702-907-0097<br>Facsimile: 702-938-4065<br><br>and<br><br>**EVANGELISTA WORLEY, LLC**<br><br>James Evangelista<br>Stuart J. Guber<br>500 Sugar Mill Rd., Bldg. A, Ste. 245<br>Atlanta, GA 30350<br>Telephone: 404-205-8400<br>Facsimile: 404-205-8395<br><br>*Attorneys for Plaintiff* |

**ORDER**

Per the parties' stipulation, **IT IS SO ORDERED.**

1. Plaintiff has until **January 20, 2023** to file the Second Amended Complaint.

2. The time within which Defendants may answer, move, or otherwise respond to the Amended Complaint is hereby extended through and including **Thursday, February 17, 2023**.

3. Plaintiff shall file its opposition to any motion(s) to dismiss filed by Defendants by **Thursday, April 6, 2023**.

4. Defendants shall file any replies in support of motion(s) to dismiss by **Thursday, May 11, 2023**.

5. All rights are reserved with regards to any further requests for extensions of deadlines. This schedule can be modified by further written agreement of the parties or order of the court.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
**THE HONORABLE ELAYNA J. YOUCHAH**
**U.S. MAGISTRATE JUDGE**

Date: __January 9, 2023__