Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Defendants Bernard McPheely,
Karl Leaverton, Gerald McGuire and Lewis Smoak*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THEODURUS STROUS, DERIVATIVELY ON BEHALF OF SCIO DIAMOND TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD MCPHEELY, KARL LEAVERTON, GERALD MCGUIRE, LEWIS SMOAK, ADAMAS ONE CORP. and JOHN G. GRDINA, <br><br> Defendants, <br><br> and <br><br> SCIO DIAMOND TECHNOLOGY CORP., <br><br> Nominal Defendant. | Case No. 22-cv-00256-JCM-EJY <br><br><br> **DECLARATION OF JOHN A. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT** |

John A. Sullivan, under penalty of perjury, deposes and states as follows:

1. I am an attorney with the law firm of Best and Flanagan LLP and am one of the lawyers representing Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire and Lewis Smoak, in the above-entitled matter. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Verified Complaint. I declare that all statements in this

declaration are true and correct, and are based on first-hand personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Scio's Form 8-K filed on or about December 11, 2018, obtained through the U.S. Securities and Exchange Commission's ("SEC") Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") system.

3. Attached hereto as **Exhibit B** is a true and correct copy of Scio's Form 8-K filed on or about February 7, 2019, obtained through the SEC's EDGAR system.

4. Attached hereto as **Exhibit C** is a true and correct copy of Scio's Preliminary Proxy Statement, Schedule 14A, filed on or about February 8, 2019, obtained through the SEC's EDGAR system.

5. Attached hereto as **Exhibit D** is a true and correct copy of Scio's Definitive Proxy Statement, Schedule 14A, filed on or about May 17, 2019, obtained through the SEC's EDGAR system.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Order Instituting Proceedings Pursuant to Section 12(j) of the Securities Exchange Act of 1934, Making Findings, and Revoking Registration of Securities, filed on or about August 9, 2019, obtained through the SEC's EDGAR system.

7. Attached hereto as **Exhibit F** is a true and correct copy of Adamas One Corp.'s ("Adamas") Form S-1 filed on or about May 31, 2022, obtained through the SEC's EDGAR system.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Amended Asset Purchase Agreement and Second Addendum, Exhibit 1.2(b) to Adamas' Form S-1 filed on or about May 31, 2022, obtained through the SEC's EDGAR system.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Amended Registration Rights Agreement, Exhibit 4.2 to Adamas' Form S-1, filed on or about May 31,

2022, obtained through the SEC's EDGAR system.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed in Ramsey County, State of Minnesota on the 17th day of February, 2023.

/s/ John A. Sullivan
John A. Sullivan, Esq.
(*Pro Have Vice*)
**BEST & FLANAGAN LLP**
60 South Sixth Street, Suite 2700
Minneapolis, Minnesota 55402
Telephone: (612) 339-7121
Facsimile: (612) 339-5897