Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for Defendants Bernard McPheely,
Karl Leaverton, Gerald McGuire and Lewis Smoak*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THEODURUS STROUS, DERIVATIVELY ON BEHALF OF SCIO DIAMOND TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD MCPHEELY, KARL LEAVERTON, GERALD MCGUIRE, LEWIS SMOAK, ADAMAS ONE CORP. and JOHN G. GRDINA, <br><br> Defendants, <br><br> and <br><br> SCIO DIAMOND TECHNOLOGY CORP., <br><br> Nominal Defendant. | Case No. 22-cv-00256-JCM-EJY <br><br> **ADDENDUM DECLARATION OF JOHN A. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT** |

John A. Sullivan, under penalty of perjury, deposes and states as follows:

1. I am an attorney with the law firm of Best and Flanagan LLP and am one of the lawyers representing Defendants Bernard McPheely, Karl Leaverton, Gerald McGuire and Lewis Smoak, in the above-entitled matter. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Second Amended Verified Complaint. I declare that all statements in this

declaration are true and correct, and are based on first-hand personal knowledge.

2. Attached hereto as **Exhibit I** is a true and correct copy of the Form 8-K filed on or about February 13, 2019, obtained through the SEC's EDGAR system.

3. Attached hereto as **Exhibit J** is a true and correct copy of the Form 8-K filed on or about May 31, 2019 obtained through the SEC's EDGAR system.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed in Ramsey County, State of Minnesota on the 21st day of June, 2023.

/s/ John A. Sullivan
John A. Sullivan, Esq.
(*Pro Have Vice*)
**BEST & FLANAGAN LLP**
60 South Sixth Street, Suite 2700
Minneapolis, Minnesota 55402
Telephone: (612) 339-7121
Facsimile: (612) 339-5897